IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**SHAMEKA GILES**                                                                       **PLAINTIFF**

v.                                          **CASE NO. 4:06CV754 GH**

**ARKANSAS DEPARTMENT OF CORRECTION**                               **DEFENDANT**

### PROTECTIVE ORDER

It appears to this Court that the plaintiff Shameka Giles has requested in discovery information and documents containing confidential information, the unprotected release of which would constitute an unwarranted invasion of privacy. Specifically, in response to plaintiff's discovery requests, the defendant Arkansas Department of Correction ("ADC") wishes to release the following:

    a.    Daniel Drennon's personnel file;

    b.    The promotion packet for the Building Sergeant position [that was awarded to Daniel Drennon and not to plaintiff], which includes the applications of all individuals who applied for that position;

    c.    Information/documentation contained in the official personnel files of ADC employees who filed grievances or lawsuits against the ADC alleging gender or race discrimination, or retaliation;

    d.    The identity of those persons who filed grievances against the ADC alleging gender or race discrimination, or retaliation;

    e.    Information/documentation contained in the grievance files of ADC employees who filed grievances against the ADC alleging gender or race discrimination, or retaliation;

   f. Information contained in the official personnel files of ADC employees who worked in the ADC's Benton Unit the year before and the year after plaintiff did not receive the promotion to Building Sergeant [that was awarded to Daniel Drennon].

  IT IS THEREFORE ORDERED that any confidential information gained, as well as any documents photocopied or recorded and any information gained from them, may be used only in connection with preparing and presenting the plaintiff's case to this Court. The dissemination, release, or use of these documents or the information contained within them for purposes unrelated to the litigation of this matter is prohibited. This Protective Order does not prevent either party from using these documents in an unsealed manner during discovery, in motion practice, or during trial, with the caveat that any employee home addresses, telephone numbers, birth dates, and social security numbers must first be redacted from any document prior to its use.

  IT IS FURTHER ORDERED that any documents obtained by the plaintiff shall remain in the custody of the plaintiff. Neither the plaintiff nor anyone acting for or on the plaintiff's behalf shall in any manner, directly or indirectly, transfer or communicate any of the information or data obtained to any person not a party to this litigation other than for proper purposes directly related to the trial of this action, and that any such person to whom such communication is made is bound by the terms of this Order.

  IT IS SO ORDERED this 3 day of November, 2006.

            /s/ George Howard, Jr.
            The Honorable George Howard
            United States District Judge