IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHAMEKA GILES                                                                                   PLAINTIFF

v.                                            No. 4:06CV00754 GH

ARKANSAS DEPARTMENT OF CORRECTION                               DEFENDANT

### ORDER

Plaintiff's unopposed January 30th motion (#15) to dismiss this action without prejudice with each party to bear its own fees and costs is hereby granted.

IT IS SO ORDERED this 31st day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE