IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHAMEKA GILES                                                                                    PLAINTIFF

v.                                          No. 4:06CV00754 GH

ARKANSAS DEPARTMENT OF CORRECTION                                      DEFENDANT

## ORDER

Plaintiff's unopposed January 30th motion (#15) to dismiss this action without prejudice with each party to bear its own fees and costs is hereby granted.

IT IS SO ORDERED this 31st day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE