IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHAMEKA GILES     PLAINTIFF

v.     No. 4:06CV00754 GH

ARKANSAS DEPARTMENT OF CORRECTION     DEFENDANT

## ORDER

Plaintiff's unopposed[1] February 23rd motion (#22) to voluntarily dismiss this case with prejudice is hereby granted.

IT IS SO ORDERED this 23rd day of February, 2007.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Defendant's counsel has notified the Court's staff by telephone that there is no objection to this motion.